### 26153.   LOVELL v. THE STATE.

NICHOLS, Justice.   In Count 2 of a two-count accusation, the defendant was charged with using abusive language to another tending to cause a breach of the peace (*Code Ann.* § 26-2610, effective July 1, 1969).   Upon his arraignment the defendant pleaded not guilty and a demurrer to such count of the indictment was overruled.   Certification for immediate review was made and the present appeal filed.   *Held:* Assuming arguendo that the defendant's demurrer properly raised a question as to the constitutionality of the above cited provision of the Criminal Code, yet the decision of this court in *Wilson v. State,* 223 Ga. 531 (156 SE2d 446) in which an attack was made on similar language of the Criminal Code in effect prior to July 1, 1969 (*Code* § 26-6303), the trial court properly overruled the defendant's demurrer.

*Judgment affirmed. All the Justices concur.*

SUBMITTED OCTOBER 13, 1970—DECIDED NOVEMBER 5, 1970.

*Joseph A. Griggs,* for appellant.
*Linton K. Crawford, Solicitor,* for appellee.